**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Nancy Macklin                            CHAPTER 13

Debtor(s)

BKY. NO. 25-22456

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of LoanDepot.com, LLC and index same on the master mailing list.

                                  Respectfully submitted,

                                    /s/ *Matthew Fissel*
                                    Matthew Fissel
                                    17 Sep 2025, 12:24:38, EDT

Denise Carlon, Esq. (317226)   ☐
Matthew Fissel, Esq. (314567)   ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com