IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 25-22456-GLT |
|---|---|
| NANCY MACKLIN<br><br>Debtor(s) | Chapter 13 |

## NOTICE OF ENTRY OF APPEARANCE ON BEHALF OF CITY OF PITTSBURGH

TO THE CLERK, U.S. BANKRUPTCY COURT:

Kindly enter my appearance on behalf of Creditor, City of Pittsburgh, in the above-captioned matter, and add my name to the mailing matrix to receive notices of all matters in this case.

    Respectfully submitted,

    BERNSTEIN-BURKLEY, P.C.

    By: /s/ Keri P. Ebeck
    Keri P. Ebeck
    PA I.D. # 91298
    kebeck@bernsteinlaw.com
    601 Grant Street, 9th Floor
    Pittsburgh, PA 15219
    412-456-8112
    Fax: (412) 456-8120

    Attorney for Creditor,
    City of Pittsburgh

Dated: September 19, 2025