

IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

25-22456

DEBTOR(S):

NANCY MACKLIN

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 1 IN THE AMOUNT OF $617.57

CREDITOR'S SIGNATURE:

*/s/ Brandie McCann*

CREDITOR CONTACT INFO:

LVNV Funding, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

9/22/2025