IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          Case No.: 25-22456-GLT
Nancy Macklin,
Debtor.                                         Chapter 13

NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

TO:    Clerk of Courts

Please enter our appearance on behalf of the School District of Pittsburgh in the above captioned matter. We request copies of further Notices and Orders in accord with the attached Declaration.

Please enter the address below as the mailing address for these creditors. All notices should be mailed to the following address:

**School District of Pittsburgh**
**GRB Law**
**Richard A. Monti, Esquire**
**525 William Penn Place**
**Suite 3110**
**Pittsburgh, PA 15219**

Executed on:

October 1, 2025

                                        GRB Law,

                        By:    /s/ Richard A. Monti
                               Richard A. Monti, Esquire
                               Pa I.D. No. 326414
                               525 William Penn Place
                               Suite 3110
                               Pittsburgh, PA 15219
                               412-281-0587
                               RMonti@grblaw.com
                               Attorney for Movant

2238206.38

## DECLARATION IN LIEU OF AFFIDAVIT

Regarding Request to Be Added to the Mailing Matrix

I am the Attorney for School District of Pittsburgh, these creditors in the above captioned bankruptcy case, and I am authorized by these creditors to make the accompanying request for notices. The **new address shown on the preceding page** should be used instead of the existing address, and added to the matrix. I have reviewed the mailing matrix on file in this case and I hereby certify that the request for notices being filed herewith replaces the creditors' address listed on the matrix, supersedes and cancels all prior requests for notice by the within named creditors, and:

(X)   That there are no other requests to receive notices on behalf of these creditors, or

( )   that any prior request(s) for notice by or on behalf of these creditors shall be deleted from the matrix:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 1, 2025

                          GRB Law,

                          By:  /s/ Richard A. Monti
                              Richard A. Monti, Esquire
                              Pa I.D. No. 326414
                              525 William Penn Place
                              Suite 3110
                              Pittsburgh, PA 15219
                              412-281-0587
                              RMonti@grblaw.com
                              Attorney for Movant

2238206.38