Certificate Number: 03621-PAW-DE-040180256

Bankruptcy Case Number: 25-22456



03621-PAW-DE-040180256

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 9, 2025, at 11:59 o'clock AM EDT, Nancy Macklin completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: October 9, 2025    By: /s/Debora Velasquez

Name: Debora Velasquez

Title: Credit Counselor