2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 25-22456-GLT
Chapter 13

In re: Debtor(s) (including Name and Address)

Nancy Macklin
1700 Northfield Avenue
Pittsburgh PA 15204

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/16/2026.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 11: loanDepot.com, LLC, 5465 Legacy Drive, Suite 400, Plano, TX 75024 | SELENE FINANCE, LP<br>Selene Finance LP<br>Attn: BK Dept<br>3501 Olympus Blvd, Suite 500<br>Dallas, TX 75019 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   03/19/26

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                  Case No. 25-22456-GLT

Nancy Macklin                                                                                   Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 17, 2026 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 16599990 | + Email/Text: bknotification@loandepot.com | Mar 18 2026 01:33:00 | loanDepot.com, LLC, 5465 Legacy Drive, Suite 400, Plano, TX 75024-3192 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2026                       Signature:        _/s/Gustava Winters_____

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2026 at the address(es) listed below:**

**Name**                                                  **Email Address**

Brent J. Lemon

           on behalf of Creditor Duquesne Light Company blemon@bernsteinlaw.com
lemondropper75@hotmail.com;agilbert@bernsteinlaw.com

Brent J. Lemon

           on behalf of Creditor City of Pittsburgh/Dept of Finance blemon@bernsteinlaw.com
lemondropper75@hotmail.com;agilbert@bernsteinlaw.com

Matthew Fissel

           on behalf of Creditor LOANDEPOT.COM  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee

           ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-2

User: auto

Page 2 of 2

Date Rcvd: Mar 17, 2026

Form ID: trc

Total Noticed: 1

Richard Monti
on behalf of Creditor City of Pittsburgh School District rmonti@grblaw.com  aanderson@grblaw.com

Robert Shearer
on behalf of Creditor Selene Finance  LP rshearer@raslg.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Shawn N. Wright
on behalf of Debtor Nancy Macklin shawn@shawnwrightlaw.com
wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

TOTAL: 8